WILLIAM ROBINSON, by BRIDGET ROBINSON, his Guardian ad Litem, Respondent, *v.* METROPOLITAN STREET RAILWAY COMPANY, Appellant.

*Robinson* v. *Metropolitan Street Ry. Co.*, 91 App, Div. 158, affirmed.
(Argued October 25, 1904; decided November 15, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 15, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Bayard H. Ames, Charles F. Brown* and *Henry A. Robinson* for appellant.

*Edward A. Alexander* and *Jerome H. Buck* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN and WERNER, JJ. Not sitting: GRAY, J.

---

BLANCHE BECKWITH et al., Infants, by ORRIN O. BECKWITH, their Guardian ad Litem, Respondents, *v.* THE NEW YORK, CHICAGO AND ST. LOUIS RAILROAD COMPANY, Appellant.

*Beckwith* v. *N. Y., Chicago & St. Louis R. R. Co.*, 90 App. Div. 611, affirmed.
(Argued October 26, 1904; decided November 15, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 13, 1904, affirming a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial.

*Louis L. Babcock* for appellant.

*Thomas H. Dowd* and *George W. Cole* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN, VANN and WERNER, JJ.